UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

\- - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHENGXIA SNELSON and
JAMES SNELSON,

Defendants.

_________________________________/

MOTION TO SEAL

The United States of America moves this court to seal the Indictment in the above entitled case in order that the execution of the arrest warrant be unimpeded and the investigation continue; and that such sealing remain in force and operation until the defendants are advised of these proceedings, arrested, the investigation is completed, or further order of this court. The government asks that the U.S. Probation Department be excepted from the seal.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Dated: November 4, 2026

AUSTIN J. HAKES
Assistant United States Attorney
P.O. Box 208
Grand Rapids, MI 49501-0208 (616)
456-2404

IT IS SO ORDERED.

Dated: November 4, 2026

/s/ Ray Kent
RAY KENT
United States Magistrate Judge
United States District Court