UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CHENGXIA SNELSON,

Defendant.
______________________________/

Case No. 1:26−cr−00118−PLM

Hon. Paul L. Maloney

# ORDER SCHEDULING PROGRESSION OF CASE

**Preparation and E−filing of Initial Pretrial Conference Summary Statement**

The parties shall each e−file an Initial Pretrial Conference Summary Statement **within five (5) days from the date of this order**. See the court's standard Initial Pretrial Conference Summary Statement forms, which are available at www.miwd.uscourts.gov under Forms/Criminal Forms.

**Filing of Rule 12(b) Motions**

All motions shall be filed within twenty−one (21) days from the date of the initial pretrial conference of the defendant, unless otherwise ordered.

**Initial Discovery**

The provisions of the court's Standing Order Regarding Discovery in Criminal Cases (Administrative Order 20−RL−066) shall apply to the parties named above. The Standing Order is available on the court's website at www.miwd.uscourts.gov, under Rules, Orders & Policies/Administrative Orders. Sanctions may be imposed for failure to follow the court's Standing Order Regarding Discovery in Criminal Cases.

IT IS SO ORDERED.

Dated: November 10, 2026

/s/ Sally J. Berens
UNITED STATES MAGISTRATE JUDGE