UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHENGXIA SNELSON,

Defendant.
_______________________________/

Case No. 1:26-cr-118

Hon. PAUL L. MALONEY

**GOVERNMENT'S INITIAL PRETRIAL CONFERENCE SUMMARY STATEMENT**

# I. DISCOVERY

## A. Statements of Defendants

### 1. Oral Statements [Rule 16(a)(1)(A)]

☐ There are no written records of oral statements or other oral statements as defined in Rule 16(a)(1)(A).

☒ There are the following records of oral statements:

*Reports describing conversations intercepted pursuant to Title III.*
*Reports describing content of WeChat messages and other messages from Defendant's devices*

the substance of which
☐ has been disclosed to defense counsel
☒ will be disclosed to defense counsel

### 2. Written or Recorded Statements [Rule 16(a)(1)(B)]

☐ There are no written or recorded statements or grand jury testimony of defendant.

☒ There are the following written or recorded statements or grand jury testimony:

*Audio and video recordings produced pursuant to Title III intercept.*
*WeChat messages and other messages from Defendant's devices.*

All written or recorded statements
☐ have been disclosed to defense counsel

☒ will be disclosed to defense counsel

B. Defendant's Prior Record [Rule 16(a)(1)(D)]

☒ The government has made due inquiry and is not aware of any prior criminal records.

☐ The government has disclosed defendant's prior criminal history.

☐ The government is now making inquiry into defendant's prior criminal history. The results will be disclosed to defense counsel upon receipt.

C. Documents and Tangible Objects [Rule 16(a)(1)(E)]

☐ The government has no documents, tangible objects, or physical evidence required to be disclosed.

☒ The government has the following documents, tangible objects, and physical evidence:

☐ Controlled Substances:
☐ Drug Paraphernalia:
☒ Records: *bank statements and receipts*
☐ Drug Records:
☐ Firearms:
☐ Inventory (attached)
☒ Other:

- *Hundreds of thousands of dollars in bulk U.S. currency seized from Defendant's house and safety deposit box(es).*
- *Thousands of dollars in money orders*
- *Cell phones (approximately 48 in total)*
- *Security camera footage from money order purchases at multiple locations (e.g., several Meijer stores in Kent County)*
- *Approximately 48 terabytes of surveillance camera footage from multiple locations*
- *Physical evidence of commercial sexual activity occurring at parlors (e.g., condoms, items containing suspected biological contaminants)*

☐ The government voluntarily notifies the defendant of the following search warrants issued and the warrant returns:

☐ State –
☒ Federal – *Wire Intercept in Case No. 25-MC-137*
*In addition, the investigation also involved:*

- *Multiple phone location data (i.e. "ping") warrants*
- *Multiple vehicle tracker warrants*
- *Parlor cell warrants executed on November 10, 2026 in:*
    - *26-MJ-488*

- *26-MJ-489*
- *26-MJ-490*
- *26-MJ-491*
- *26-MJ-492*
- *26-MJ-497*

☒ Defense counsel should make arrangements with *AUSA Austin J. Hakes* to review physical evidence.

D. Reports of Examinations and Tests [Rule 16(a)(1)(F)]

☐ The government has no reports of examinations or tests required to be disclosed by Rule 16.

☒ The government has or expects to have reports of the following examinations and tests:

☐ Drug Analysis ☐ Handwriting ☐ Fingerprints
☐ DNA ☐ Firearms/Nexus ☐ Gun Operability
☒ Computer Forensics ☒ Other: *tests for seminal fluid in items seized from parlor(s)*

E. Reciprocal Discovery

☒ The government seeks reciprocal discovery.

F. Notice Under FRE 404(b)

☐ The government does not presently intend to introduce 404(b) evidence.

☐ The government does presently intend to introduce the following 404(b) evidence:

☒ The government will provide pretrial notice of 404(b) evidence prior to the final pretrial conference.

G. Other Discovery Matters:

## II. TRIAL

A. The government requests a ☒ jury ☐ non-jury trial.

B. Length of trial excluding jury selection is estimated at *20* days.

## III. MISCELLANEOUS

☐ This case may be appropriate for expedited resolution.

☐ The government is unaware at this time of any known conflict with defendant's representation by counsel. The United States will immediately advise counsel if any such conflict becomes known.

☐ The government is aware of the following potential conflict(s):

☒ Government's plea negotiation policy: *To receive third-point credit for acceptance of responsibility, Defendant must tender a guilty plea or sign a plea agreement at least 45 days before the final pretrial conference.*

Date: November 16, 2026

/s/ *Austin J. Hakes*
Assistant United States Attorney