UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

No. 1:26-cr-118

vs.

CHENGXIA SNELSON,

Hon. PAUL L. MALONEY
United States District Judge

Defendant.
______________________________/

**JOINT STIPULATION TO COMPLEX CASE**
**DESIGNATION UNDER THE SPEEDY TRIAL ACT**

Through counsel, the United States and the defendant hereby stipulate to the designation of this case as "complex" under the Speedy Trial Act, 18 U.S.C. § 3161. The parties acknowledge that trial will be scheduled beyond the otherwise applicable 70-day time limit under the Speedy Trial Act, and the parties agree that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial." *Id.* § 3161(h)(7)(A).

Respectfully Submitted,

TIMOTHY VERHEY
United States Attorney

*/s/ Austin J. Hakes*
AUSTIN J. HAKES
Assistant United States Attorney
330 Ionia Ave NW Ste 501
Grand Rapids, MI 49503
(616) 456-2404
austin.hakes@usdoj.gov

*/s/ Helen C. Nieuwenhuis (with permission)*
HELEN C. NIEUWENHUIS
First Assistant Federal Public Defender
50 Louis, NW, Suite 300
Grand Rapids, MI 49503
(616) 742-7420