UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CHENGXIA SNELSON,

Defendant.

Case No. 1:26-cr-118

Hon. Paul L. Maloney
United States District Judge

## NOTICE OF WITHDRAWAL OF APPEARANCE

Kathleen McGean, Assistant Federal Public Defender, hereby requests that her appearance be withdrawn as counsel for defendant Chengxia Snelson in the above-captioned case. First Assistant Federal Public Defender Helen C. Nieuwenhuis will represent Ms. Snelson.

Respectfully submitted,

SEAN R. TILTON
Federal Public Defender

Dated: November 23, 2026

/s/ Kathleen McGean

KATHLEEN McGEAN
Assistant Federal Public Defender
50 Louis, NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420